Argued May 19, affirmed May 19, petition for rehearing denied
June 15, petition for review denied July 22, 1971

## STATE OF OREGON, *Respondent, v.*
## WAYNE RALPH STEWART (Nos. 15747 & 15748),
### *Appellant.*
484 P2d 1128

*Gary D. Babcock,* Public Defender, Salem, argued the cause and filed the brief for appellant.

*Walter L. Barrie,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FORT and THORNTON, Judges.

AFFIRMED FROM THE BENCH.